UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
UNITED STATES OF AMERICA            :

   - v. -                           :   **VERIFIED CLAIM**

ALL RIGHT, TITLE AND INTEREST IN THE :
ASSETS OF CARTAGENA                     Case No. 13-CIV-3028 (WHP)
INTERNATIONAL, INC., ETC             :
INVESTMENT(S) S.A.; H.A.S.           :
INVESTMENT GROUP S.A.; CASTILLA
HOLDINGS S.A.; and HYSEVEN S.A.;     :
INCLUDING BUT NOT LIMITED TO THE
ASSETS IN THE ACCOUNTS LISTED IN     :
SCHEDULE A;
                                     :
ALL RIGHT, TITLE AND INTEREST IN THE
ASSETS LISTED IN SCHEDULE B; and     :

ALL RIGHT, TITLE AND INTEREST IN THE :
REAL PROPERTY LISTED IN SCHEDULE
C; TOGETHER WITH ALL                 :
IMPROVEMENTS AND APPURTENANCES
THERETO,                             :

   Defendants-in-rem.               :
------------------------------------ x

## VERIFIED CLAIM OF CASTILLA HOLDINGS, S.A.

Pursuant to Rule G5 of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, Castilla Holdings, S.A. ("Castilla") files this verified claim regarding certain assets identified in the Verified Complaint (the "Complaint"). In support, Castilla states:

1.    The Complaint seeks the forfeiture of certain assets of Castilla Holdings, S.A. ("Castilla"), namely funds in the account identified in Schedule A of the Complaint (the "Castilla Account").

2.    I, Ernesto Lujan, am the sole shareholder of Castilla, and I am authorized to act on its behalf.

{01697199; 2; 4476-2 }   1

3. Castilla has an interest in the funds in the account.

4. Castilla hereby asserts the instant claim for funds held in the Castilla Account identified in Schedule A of the Complaint and more specifically described therein.

I, Ernesto Lujan, declare under penalty of perjury that the foregoing is true and correct.

Dated: August 27, 2013          By: _____
                                     Ernesto Lujan

                                Respectfully submitted,

                                /s/ Alfred U. Pavlis
                                Alfred U. Pavlis (ct08603)
                                FINN DIXON & HERLING LLP
                                177 Broad Street
                                Stamford, CT  06901-2689
                                Tel: (203) 325-5000
                                Fax: (203) 325-5001
                                E-mail: apavlis@fdh.com

                                **Counsel for Ernesto Lujan**

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2013, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

By: /s/ Alfred U. Pavlis
Alfred U. Pavlis (ct08603)
FINN DIXON & HERLING LLP
177 Broad Street, 15th Floor
Stamford, CT 06901-2689
Tel: (203) 325-5000
Fax: (203) 325-5001
menglish@fdh.com