PREET BHARARA
United States Attorney for the
Southern District of New York

By:    Carolina A. Fornos
        Harry A. Chernoff
        Jason H. Cowley
        Assistant United States Attorneys
        One St. Andrew's Plaza
        New York, New York 10007

        James M. Koukios
        Maria Gonzalez Calvet
        Trial Attorneys
        U.S. Department of Justice
        1400 New York Avenue, N.W.
        Washington, D.C. 20530

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

        Plaintiff,

    - v. -                         13 Civ. 3028 (WHP)

ALL ASSETS OF CARTAGENA
INTERNATIONAL, et al.,

        Defendants *in rem*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF CONSENT MOTION TO STAY

        PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Government's Consent Motion to Stay the Above-Captioned Action and the related *Ex Parte* Sealed Submission in Support of Such Motion, the United States of America, with the consent of all parties in this action, will move before the Honorable William H. Pauley

III, United States District Judge for the Southern District of New York, at such time as the Court shall direct, to stay this action pursuant to Title 18, United States Code, Section 981(g)(1) and in the interest of judicial economy, and such other relief as the Court may determine to be just and proper.

Dated:    New York, New York
            September 13, 2013

            Respectfully submitted,

            PREET BHARARA
            United States Attorney for the
            Southern District of New York
            Attorney for the Plaintiff
            United States of America

By:    /s/ *Jason H. Cowley*
        Carolina A. Fornos
        Harry A. Chernoff
        Jason H. Cowley
        Assistant United States Attorneys
        One St. Andrew's Plaza
        New York, New York 10007

        James M. Koukios
        Maria Gonzalez Calvet
        Trial Attorneys
        U.S. Department of Justice
        1400 New York Avenue, N.W.
        Washington, D.C. 20530